IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONVERSE INC., <br><br> Plaintiff, <br><br> v. <br><br> 7-12 DAYS FOR EXPRESS DELIVERY, et al., <br><br> Defendants. | Case No. 23-cv-16068 <br><br> **Judge Andrea R. Wood** <br><br> **Magistrate Judge Jeannice W. Appenteng** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff Converse Inc. ("Plaintiff" or "Converse") hereby dismisses this action, with leave to reinstate within two hundred and seventy (270) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| cosylify wear | 67 |
| HsdsBebe | 96 |
| Kannior | 97 |

Dated this 28th day of December 2023.

Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Converse Inc.*